IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

MILDRED THORNTON,

    Plaintiff,

v.                                         CIVIL ACTION NO. 3:10-cv-00890
                                                (Judge Robert C. Chambers)

BLUESTEM BRANDS, INC.,

    Defendant.

## DISMISSAL ORDER

This day came the Plaintiff, Mildred Thornton, by her counsel, and came Defendant Bluestem Brands, Inc. f/k/a Fingerhut Direct Marketing, Inc., by its counsel, and announced to the Court that all matters in controversy between these parties have been completely compromised and settled.

WHEREFORE, all claims that were asserted in this action are hereby **DISMISSED WITH PREJUDICE** and this action is hereby stricken from the docket of the Court. **IT IS SO ORDERED.**

ENTER this 27 day of May, 2011.

                                                                    ROBERT C. CHAMBERS
                                                                      United States District Judge

Presented by:

| | |
|---|---|
| Peter G. Markham (WVSB # 9396) | Sean W. Cook, Esq. (WVSB # 10432) |
| ALLEN GUTHRIE & THOMAS, PLLC | MEYER FORD GLASSER & RADMAN |
| P.O. Box 3394 | 120 Capitol Street |
| Charleston, WV 25333-3394 | Charleston, WV 25301 |
| Tel: (304) 345-7250 | Tel: 304-345-3900 |
| Fax: (304) 345-9941 | Fax: 304-345-0270 |
| pgmarkham@agmtlaw.com | sean.cook@meyerandford.com |
| *Counsel for Defendant Bluestem Brands, Inc.* | *Counsel for Plaintiff Mildred Thornton* |